City of Lake Geneva, Plaintiff and Respondent, vs. Walworth County and others, Defendants: Town of Lyons, Defendant and Appellant.

*January 10—March 6, 1951.*

For the appellant there was a brief by *Ruzicka & Fulton* of Burlington, and oral argument by *Robert M. Fulton.*

For the respondent there was a brief by *John G. McCollow,* city attorney, and *Hugh A. Burdick* of counsel, both of Lake Geneva, and oral argument by *Mr. McCollow.*

Martin, J. The members of the court are equally divided upon this appeal. Mr. Chief Justice Fritz, Mr. Justice Fairchild, and Mr. Justice Hughes are of the opinion that the judgment should be reversed. Mr. Justice Broadfoot,

Mr. Justice BROWN, and the writer are of the opinion that the judgment should be affirmed.

Under the rule, the judgment appealed from is affirmed.

*By the Court.*—Judgment affirmed.

GEHL, J., took no part.